UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOHONIA MARTIN,<br><br>    Plaintiff,<br><br>v.<br><br>TARGET CORPORATION,<br><br>    Defendant. | Case No. 24-cv-03683-PCP<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 1 |

On June 20, 2024, the Clerk of the Court sent several notices to Plaintiff. Dkt. Nos. 2–4. The notices informed plaintiff that she needed to send a complaint and an *in forma pauperis* ("IFP") application to the Court before this lawsuit could proceed. *See id*. This mail was returned undelivered on July 3, 2024, and July 5, 2024. Dkt. Nos. 5–7. On July 23, 2024, an order and notice were sent to the Plaintiff. Dkt. Nos. 8, 9. This mail was returned undelivered on August 5, 2024.

The Clerk's notices and order were sent to Plaintiff at the address she provided. *See* Dkt. No. 1. Plaintiff has not provided any address other than the address to which the undeliverable mail was sent. *See generally* Dkt. More than sixty days have passed since the mail was returned to the Court undelivered, and the Court has received no communication from Plaintiff.

Plaintiff has failed to comply with Local Rule 3-11(a) which requires a party proceeding *pro se* to "promptly file with the Court and serve upon all opposing parties a Notice of Change of Address specifying the new address" when her address changes. Local Rule 3-11(b) allows the Court to dismiss a complaint without prejudice when mail directed to a *pro se* party is returned as not deliverable and the *pro se* party fails to send written notice of her current address within sixty days of the return of the undelivered mail.

This action is DISMISSED without prejudice because Plaintiff failed to keep the Court informed of her address in compliance with Local Rule 3-11(a).

Because this dismissal is without prejudice, Plaintiff may ask to reopen the action. To do this, she must file a complaint on the court's form **and** a complete IFP application in accordance with the Clerk's notices, **and** a motion with the words MOTION TO REOPEN written on the first page.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: September 18, 2024

P. Casey Pitts
United States District Judge